Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

6 So.2d 905
### Harrison McSHERRY v. STATE.
#### 8 Div. 802.

Court of Appeals of Alabama.
Feb. 3, 1942.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

1 So.2d 925
### John MADDOX v. STATE.
#### 5 Div. 118.

Court of Appeals of Alabama.
Feb. 18, 1941.

Reynolds & Reynolds, of Clanton, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

1 So.2d 925
### John MADDOX v. STATE.
#### 5 Div. 119.

Court of Appeals of Alabama.
Feb. 4, 1941.

Reynolds & Reynolds, of Clanton, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

4 So.2d 923
### Melvin MADDOX v. STATE.
#### 7 Div. 649.

Court of Appeals of Alabama.
Oct. 28, 1941.

E. W. Harmon, of Anniston, for appellant.
Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

10 So.2d 58
### Hattie Lee MADISON v. CITY OF BIRMINGHAM.
#### 6 Div. 826.

Court of Appeals of Alabama.
June 23, 1942.

Clifford Emond, of Birmingham, for appellant.

SIMPSON, Judge.
Appeal dismissed, motion of appellant.